[No. 19121–7–I. Division One. April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
HANDRAN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 86–1–00308–2, Stuart C. French, J.,
entered September 9, 1986. *Affirmed* by unpublished opin-
ion per Winsor, J., concurred in by Coleman, A.C.J., and
Swanson, J.

[No. 19332–5–I. Division One. April 18, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY
LAUGHLIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–02509–6, Liem E. Tuai, J., entered Octo-
ber 2, 1986. *Reversed* by unpublished opinion per Pekelis,
J., concurred in by Grosse and Webster, JJ.

[No. 20180–8–I. Division One. April 18, 1988.]

ROBERT STEVE CHRISTEN, *Appellant,* v. VICTOR K. LEE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–04082–1, Anthony P. Wartnik, J.,
entered March 2, 1987. *Reversed* by unpublished opinion
per Pekelis, J., concurred in by Webster and Winsor, JJ.